UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIEL KEEN, JR.,

                        Petitioner,

    v.

RONALD HAYNES,

                        Respondent.

CASE NO. C20-6235 BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

       This matter comes before the Court on the Report and Recommendation ("R&R")

of the Honorable Mary Alice Theiler, United States Magistrate Judge. Dkt. 4. The Court

having considered the R&R and the remaining record, and no objections having been

filed, does hereby find and order as follows:

      (1)     The R&R is **ADOPTED**;

      (2)     Petitioner's petition for habeas corpus, Dkt. 1, and this action, are

**DISMISSED without prejudice** for failure to exhaust state court remedies;

      (3)     A certificate of appealability is **DENIED**;

      (4)     This case is closed; and

1        (5)      The Clerk is directed to send copies of this Order to Petitioner and to the

2    Honorable Mary Alice Theiler.

3        Dated this 4th day of March, 2021.

4

5

6                                    BENJAMIN H. SETTLE
                                     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22